IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:17-CV-25-D

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY,     Plaintiff and Stakeholder in Interpleader, <br><br> v. <br><br> GERALDINE WERNOCK, JAMES EVES, III, and DAWNA MARIE HIGHT, <br>    Defendants and Claimants in Interpleader. | **ORDER** |

This matter is before the clerk on the Motion to File Manually [DE-16] and Motion for Extension of Time [DE-17] filed by Defendant and Claimant in Interpleader Geraldine Wernock.

Counsel for Wernock seeks permission to file documents manually until he completes electronic case filing training, which he has currently scheduled for August 2, 2017. The motion [DE-16] is GRANTED, and the undersigned shall docket the notice of appearance attached to the motion. Counsel for Wernock may continue to file documents in paper form up to and including **August 2, 2017.** Counsel Wernock is DIRECTED to register with this district as an electronic filer on or before **August 2, 2017.**

Wernock also filed a combined Motion for Extension of Time to Answer Complaint and Answer [DE-18]. The motion is GRANTED, but Wernock is DIRECTED to file the answer as a separate and distinct pleading on or before **June 5, 2017**.

SO ORDERED. This the 25 day of May, 2017.

Peter A. Moore, Jr.
Clerk of Court