IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Civil Action No. 7:17-cv-25-D

METROPOLITAN LIFE INSURANCE
COMPANY,

     Plaintiff and Stakeholder in
Interpleader,

     v.                                   **ORDER**

GERALDINE WERNOCK, JAMES
EVES, III, and DAWNA MARIE HIGHT,

     Defendants and Claimants in
Interpleader.

THIS MATTER comes before this Court upon *Motion to Dismiss and Discharge* by Plaintiff and Stakeholder in Interpleader, Metropolitan Life Insurance Company ("MetLife").

Upon good cause shown, it is hereby ORDERED, ADJUDGED AND DECREED that MetLife is hereby dismissed, with prejudice, from this Lawsuit, pursuant to 28 U.S.C. § 1335 and Rule 22 of the Federal Rules of Civil Procedure, and all parties to this action are permanently enjoined from filing suit against MetLife or otherwise seeking recovery against MetLife related to, arising from, or in any way connected to life insurance policy # 0118839, (the "Policy"), the proceeds payable under the Policy, this action, or the facts set forth in connection therewith.

SO ORDERED. This 16 day of August 2017.

                                        *J. Dever*
                              JAMES C. DEVER III
                              Chief United States District Judge